

**9/23/2015**                                                    **COA No. 12-13-00382-CR**
**JOHNSON, DANIEL WILBUR    Tr. Ct. No. 007-1059-13**            **PD-0452-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *